## COMMERCIAL BANK vs. WHITE.

Where application was made for judgment in a cause where the relief demanded by the complaint was a return of the property, which was a package of bank bills, or judgment for its value, no answer having been put in, *held*, that the plaintiffs must elect, but could not have an alternative judgment. In this class of cases the judgment must be final.

*Albany Special Term, Aug.* 1848.—In this case the relief demanded by the complaint, was a return of the property, which was a package of bank bills, or a judgment for its value, which was stated in the complaint. No answer having been put in, the Plaintiffs now moved for judgment.

HAND, Justice, said the Plaintiffs might elect, but could not have an alternative judgment. In this class of cases he thought the judgment must be final and certain.